# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 10. Bill of Costs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form10instructions.pdf

**9th Cir. Case Number(s)** 24-6536

**Case Name** Derrick Harris v. Sharon Kim

The Clerk is requested to award costs to *(party name(s))*:

Appellant Sharon Kim

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** /s/ Brian S. Ginter     **Date** 11/17/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED (each column must be completed) | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* | 3 | 1,289 | $0.10 | $386.70 |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | 6 | 43 | $0.10 | $25.80 |
| Reply Brief / Cross-Appeal Reply Brief | 6 | 26 | $0.10 | $15.60 |
| Supplemental Brief(s) | 0 | 0 | $0.00 | $0.00 |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee / Appeal from Bankruptcy Appellate Panel Docket Fee | | | | $0.00 |
| | | | **TOTAL:** | $428.10 |

***Example:*** Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:
No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);
TOTAL: 4 x 500 x $.10 = $200.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 10                                                                           Rev. 12/01/2021

No. 24-6536

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**DERRICK HARRIS**

*Plaintiff and Appellee,*

*v.*

**SHARON KIM**

*Defendant and Appellant.*

Appeal from the United States District Court
Central District of California
Hon. Wesley L. Hsu
U.S. District Court Case No. 2:21-cv-07999-WLH-JPR

**DECLARATION IN SUPPORT OF BILL OF COSTS**

**BURKE, WILLIAMS & SORENSEN, LLP**
Brian S. Ginter, (SBN 265786 )
bginter@bwslaw.com
444 South Flower Street, 40TH FLOOR
Los Angeles, California 90071-2953
213.236.0600

**LOS ANGELES CITY ATTORNEY'S OFFICE**
Shaun D. Jacobs
Shaun.jacobs@lacity.org
200 North Spring Street, 14th Floor
Los Angeles, California 90012
213.978.2704

*Attorneys for Appellant,*
SHARON KIM

4904-9067-7882 v1

## Declaration of Brian Ginter

I, Brian Ginter, declare:

1. On behalf of the Appellant, Sharon Kim, I am submitting a Bill of Costs, Ninth Circuit From 10, concurrently with this Declaration

2. Form 10 asks that I verify the costs "actually expended," but the prevailing party is not permitted to claim actual expenditures as costs.

    (a) The actual cost incurred for the Excerpts of Record (6 copies) was $386.70, which included copying, covers and binding. The Bill of Costs claims $386.70, calculated at $.10 per page.

    (b) The actual cost incurred for the Opening Brief (3 copies) was $25.80, which included copying, covers and binding. The Bill of Costs claims $25.80, calculated at $.10 per page.

    (c) The actual cost incurred for the Reply Brief (6 copies) was $15.60, which included copying, covers and binding. The Bill of Costs claims $15.60, calculated at $.10 per page.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this November 17, 2025, in Los Angeles County, California.

*/s/ Brian S. Ginter*
Brian S. Ginter
Attorneys for Defendant-Appellant,
SHARON KIM
November 17, 2025

2

4904-9067-7882 v1

# CERTIFICATE OF SERVICE

## (Case Participants Are CM/ECF Participants)

I hereby certify that on November 17, 2025, I electronically filed the foregoing **APPELLANT'S BILL OF COSTS and DECLARATION OF BRIAN S. GINTER** in support of Bill of Costs with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 17, 2025

Respectfully Submitted,

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Brian S. Ginter*
    Brian S. Ginter
    Attorneys for Defendant-Appellant,
    SHARON KIM

4904-9067-7882 v1